Hyman J. Himelstein, appellee, v. Lawrence Avenue National Bank, appellant. Gen. No. 34,116.

▮▮▮▮▮▮▮ Heard in the second division of this court for the first district at the February term, 1930. ▮▮▮▮▮▮ Opinion filed June 30, 1930.

Teller, Levit, Silvertrust & Levi, for appellant. Andalman, Laby & Andalman and N. A. Lawrence, for appellee; Maxwell N. Andalman, of counsel.

Mr. Justice Barnes delivered the opinion of the court.